UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIEL DIONISIO,<br><br>Plaintiff,<br><br>-against-<br><br>CAVALRY PORTFOLIO SERVICES, LLC.<br>Defendant. | Civil Case No.: 2:18-cv-00316<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against CAVALRY PORTFOLIO SERVICES, LLC. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: November 21, 2018

/s/ *Joseph K. Jones*

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 11/26/18